**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303

www.ganb.uscourts.gov

In Re:
    **Susan Elaine Highsmith**

Case No.: **10–74099–mhm**
Chapter: **7**
Judge: **Margaret Murphy**

## *Notice of Deficient Filing*

The document(s) identified below were not filed with the bankruptcy petition. You are hereby notified that the documents must be filed with the Court within the time frame specified below. **Failure to file may result in the dismissal of your bankruptcy case.**

**To be filed Within Seven (7) Days**
**From the Date of Filing of the Petition:**
Pro Se Affidavit

**To be filed Within Thirty (30) days**
**From the Date of Filing of the Petition**
N/A

**To be filed within Seven (7) Days**
**From the Date of Filing of the Petition**
N/A

**To be Filed Within Fourteen (14) Days From the Date of Filing of the Petition**
Pay Advices: Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, Self–employed or other explanation.

Dated: 5/12/10

M. Regina Thomas
Clerk of Court

Form 430

By: Cherwanda Wise
   Deputy Clerk