UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SUSAN ELAINE HIGHSMITH, | ) | CASE NO. 10-74099 - MHM |
| | ) | |
| Debtor. | ) | |

### ORDER DENYING DEBTOR'S APPLICATION
### FOR WAIVER OF CHAPTER 7 FILING FEE

This case commenced when Debtor filed her bankruptcy petition *pro se* May 11, 2010. With the petition, Debtor filed an application for waiver of the Chapter 7 filing fee (the "Application").

A debtor qualifies for waiver of the filing fee under 18 U.S.C. §1930(f) if the debtor's income is "less than 150 percent of the income official poverty line [as last published by the United States Department of Health and Human Services] . . . applicable to a family of the size involved and is unable to pay that fee in installments." The burden of proof rests with the debtor. *See* Judicial Conference of the United States Interim Procedures Regarding the Chapter 7 Waiver Provisions of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005.

On the Application, Debtor lists a two-person household. Debtor shows her annual income and annual expenses approximate $22,851 and $27,120, respectively. Debtor's annual income exceeds the maximum income for a waiver of the filing fee under 28 U.S.C. §1930(f), which, for a family of two is $21,855 (150% times $14,570). Therefore, Debtor

does not meet the threshold eligibility requirement for waiver of the filing fee. Accordingly, it is hereby

ORDERED that Debtor's Application for waiver of the Chapter 7 filing fee is *denied*. Debtor may *either*:

(a) pay the Chapter 7 filing fee in full within ten (10) days of the date of entry of this order; *or*

(b) begin making installments payments as follows:

- $75.00 on or before 10 days from the date of entry of this order;
- $75.00 on or before 40 days from the date of entry of this order;
- $75.00 on or before 80 days from the date of entry of this order;
- $74.00 on or before 120 days from the date of entry of this order.

**All payments must be made by cash, money order, cashier's check, attorney's check, or trustee's check, payable to "Clerk, United States Bankruptcy Court."**

*If Debtor fails to timely pay the filing fee as set forth above, this case may be dismissed without further notice or hearing.*

The Clerk, U.S. Bankruptcy Court, is directed to serve a copy of this order upon Debtor, the Chapter 7 Trustee and the U.S. Trustee.

IT IS SO ORDERED, this the 20th day of May, 2010.

_____
MARGARET H. MURPHY
UNITED STATES BANKRUPTCY JUDGE