# UNITED STATES BANKRUPTCY COURT

## Northern District of Georgia

In Re: Debtor(s)
**Susan Elaine Highsmith**
10129 Henderson
Covington, GA 30014

**xxx–xx–5770**

Case No.: **10–74099–wlh**
Chapter: **7**
Judge: **Wendy L. Hagenau**

## NOTICE OF CASE REASSIGNMENT

Notice is hereby given that this case has been reassigned to the **Honorable Wendy L. Hagenau**.

_____
M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Dated: June 2, 2010

Form 301