**AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE PRINT.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Susan Elaine Highsmith
**NAME OF DEBTOR(S)**

CASE NO. 10-74099-mhm

10129 Henderson
**ADDRESS**

TELEPHONE NO. 678-760-4289

Covington, GA 30014
**CITY, STATE, ZIP**

**PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF**

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:    YES ☒    NO ☐

If someone did assist you, list their name and address:

Cherill Franson
**NAME**

P.O. Box 1401
**ADDRESS**

American Fork, UT 84003        801-837-2237
**CITY, STATE, ZIP CODE**        **TELEPHONE NUMBER**

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:    YES ☒    NO ☐    IF "YES", HOW MUCH ($ 149.00 )

Have you filed a bankruptcy case in the past?
ANSWER:    YES ☐    NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_Susan E. Highsmith_
**PRO SE PETITIONER**

Subscribed and sworn to before me on the 02 day of June, 2010

_____    _____
**NOTARY PUBLIC**                **DEPUTY CLERK**

(Notary Seal: SUSAN JONES, NOTARY, EXPIRES GEORGIA OCT. 30, 2010, NEWTON COUNTY)

*Filed in U.S. Bankruptcy Court, Atlanta, Georgia JUN 0 7 2010, By: M. Regina Thomas, Clerk, Deputy Clerk*

F61 (psafdt)04/04